|   |   |   |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **DISTRICT OF NEVADA** | |

| | | |
|---|---|---|
| Damien N. Pattillo, | | Case No.: 2:17-cv-1849-JAD-VCF |
| Plaintiff | | |
| v. | | **Order** |
| Joseph Lombardo, et al., | | |
| Defendants | | |

Pro se prisoner plaintiff Damien N. Pattillo filed this 42 U.S.C. § 1983 action to redress constitutional-rights violations that he claims occurred during Nevada state-court prosecutions.[1] Magistrate Judge Ferenbach granted Pattillo's request for pauper status and screened his complaint.[2] Magistrate Judge Ferenbach recommends that I dismiss some of Pattillo's claims with prejudice and the rest of the claims without prejudice.[3] Although Pattillo filed an objection to that report and recommendation,[4] mail that this court has sent to him has been returned as undeliverable for more than three months.[5]

Local Rule IA 3-1 requires a pro se party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number," and it warns that "[f]ailure to comply with this rule may result in the dismissal of the action . . . ."[6] Because the plaintiff is in violation of this rule,

---

[1] ECF No. 5.

[2] ECF No. 4.

[3] *Id.*

[4] ECF No. 6.

[5] ECF Nos. 3, 7, 9.

[6] L.R. IA 3-1.

1

IT IS HEREBY ORDERED that Pattillo has until January 8, 2018, to notify the court of his new contact information. **If Pattillo does not provide the court with a valid mailing address for him by January 8, 2018, this action will be dismissed** without prejudice.

Dated this 14th day of December, 2017.

_____
U.S. District Judge Jennifer A. Dorsey